```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

CAROL PETHTEL, individually
and in her capacity as
Administratrix of the ESTATE OF
THOMAS SAMUEL PETHTEL, JR.,
deceased, and as guardian ad litem
for TARA BROTHERS, TABITHA PETHTEL,
and THOMAS S. PETHTEL, III,

    Plaintiffs,

v.                                            Civil Action No. 5:06CV87
                                                     (STAMP)

WEST VIRGINIA STATE POLICE,
COLONEL DAVID L. LEMMON, Superintendent
of the West Virginia State Police,
SERGEANT GERALD L. MENENDEZ,
SERGEANT CHARLES F. TRADER,
FIRST SERGEANT DAVID B. MALCOMB,
FIRST SERGEANT L. SCOTT GOODNIGHT,
CORPORAL R. L. MEFFORD and
TROOPER J. A. SIMMONS, individually
and in their capacity as members of
the Special Response Team–Alpha Team
of the West Virginia State Police and
CAPTAIN T.L. PHILLIPS, State Police
Commanding Officer in Ohio County,

    Defendants.

## ORDER GRANTING AS FRAMED "DEFENDANTS' MOTION TO EXCEED PAGE LIMIT WHEN FILING DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT"

On November 1, 2007, the defendants in the above-styled civil action filed a motion for leave to exceed the page limits on the memorandum of law in support of their motion for summary judgment. For good cause shown, the defendants' motion to exceed page limit is hereby GRANTED. Accordingly, the defendants may file a memorandum of law not exceeding fifty pages in support of their motion for summary judgment.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    November 9, 2007

                              /s/ Frederick P. Stamp, Jr.
                              FREDERICK P. STAMP, JR.
                              UNITED STATES DISTRICT JUDGE