IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CAROL PETHTEL, individually and in
her capacity as Administratrix of the
Estate of THOMAS SAMUEL PETHTEL, JR.,
deceased, and as guardian ad litem for
TARA BROTHERS, TABITHA PETHTEL and
THOMAS S. PETHTEL, III,

    Plaintiff,

v.                                                Civil Action No. 5:06CV87
                                                        (STAMP)

WEST VIRGINIA STATE POLICE,
COLONEL DAVID L. LEMMON,
SUPERINTENDENT OF THE
WEST VIRGINIA STATE POLICE,
SERGEANT GERALD L. MENENDEZ,
SERGEANT CHARLES F. TRADER,
FIRST SERGEANT DAVID B. MALCOMB,
FIRST SERGEANT L. SCOT GOODNIGHT,
CORPORAL R.L. MEFFORD and
TROOPER J.A. SIMMONS, individually
and in their capacity as members of
the Special Response Team - Alpha Team
of the West Virginia State Police,
CAPTAIN T. PHILLIPS, State Police
Commanding Officer in Ohio County,

    Defendants.

## ORDER RESCHEDULING TIME OF PRETRIAL CONFERENCE

For reasons appearing to the court, it is hereby ORDERED that the time of the pretrial conference in this civil action be RESCHEDULED and will now be held on **February 19, 2008 at 1:15 p.m.**

All other dates contained in the previous scheduling order entered in this case shall remain in effect.

The Clerk is directed to transmit copies of this order to counsel of record herein.

DATED:  February 12, 2008

                                        /s/ Frederick P. Stamp, Jr.
                                        FREDERICK P. STAMP, JR.
                                        UNITED STATES DISTRICT JUDGE